No. 02–844. ATHANASIADES v. ROPER, SUPERINTENDENT, PO-TOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 02–894. MITRANO v. KELLY. Fam. Ct. of Lebanon, Grafton County, N. H. Certiorari denied.

No. 02–897. HUNT v. UNITED STATES ARMY. C. A. 6th Cir. Certiorari denied.

No. 02–902. GHALI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–918. CASH COW SERVICES OF FLORIDA, LLC, ET AL. v. BUTLER, UNITED STATES TRUSTEE. C. A. 11th Cir. Certiorari denied.

No. 02–922. SELLERS v. CHANDLER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–923. MCDONALD v. EXXONMOBIL CHEMICAL CO. C. A. 5th Cir. Certiorari denied.

No. 02–930. KETTENBURG v. FEDERAL GOVERNMENT. C. A. 2d Cir. Certiorari denied.

No. 02–932. UNDERWOOD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6252. OLIVER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–6689. BLACK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6859. PHILLIPS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–6924. SANDERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6925. AIKEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–7001. HOLLOWAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7305. COLBURN v. TEXAS. 221st Jud. Dist. Ct. Tex., Montgomery County. Certiorari denied.